UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, et al., <br><br> Defendants. | Civil Action No. 26-2075 (RDM) |

## **MOTION TO EXTEND**

Defendants, the Department of Justice and the Federal Bureau of Investigation (collectively, "Defendants"), respectfully move this Court for an extension of time, to July 30, 2026, to respond to the Complaint (Dkt. 1). This Freedom of Information Act ("FOIA") case concerns Plaintiff Democracy Forward Foundation's (the "Plaintiff") five FOIA requests allegedly submitted to the FBI and the Office of the Inspector General. *See* Compl. (Dkt. 1) ¶¶ 9-30. Defendants' current response deadline is July 15, 2026. Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and counsel for Plaintiff indicates that Plaintiff consents to an extension to July 23 but opposes an extension to July 30.

Good cause exists to grant this request. Due to matters and deadlines in other pending cases, undersigned counsel requires additional time to discuss this matter with the agencies and formulate an appropriate filing for the Court's consideration. Particularly, in the past eight calendar days, undersigned counsel was assigned to several emergency matters, with expedited filing deadlines: *AFL-CIO v. Sonderling*, Civ. A. No. 26-2061 (JEB) (D.D.C.) (PI argument held on Jun. 29, 2026); *Wilt v. Rubio*, Civ. A. No. 26-2303 (BAH) (D.D.C.) (TRO argument held on Jun. 30, 2026); *Mytych v. Griess*, 26-2332 (RDM) (D.D.C.) (TRO argument held on Jul. 2, 2026);

*Doe v. Att'y Gen.*, 26-2344 (ACR) (D.D.C.) (TRO hearing held on Jul. 6, 2026).  Undersigned also is responsible for preparing an opposition to a preliminary injunction motion, due by July 9, 2026, *Doe v. Dep't of State*, Civ. A. No. 26-1270 (TNM) (D.D.C.), and is coordinating the U.S. Attorney's Office's response to numerous other emergency matters.  All these emergency matters sidetracked counsel from being able to prepare an appropriate filing for the Court's consideration in this case.

For these reasons, Defendants respectfully request that the Court grant this motion and extend their deadline to July 30, 2026, to respond to the Complaint

Dated: July 7, 2026                    Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  _____*/s/ Dimitar P. Georgiev*_____
      DIMITAR P. GEORGIEV, D.C. Bar # 1735756
      Assistant United States Attorneys
      601 D Street, NW
      Washington, DC 20530
      (202) 252 – 7678

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

     Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,
et al.,

     Defendants.

Civil Action No. 26-2075 (RDM)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to extend, and the entire record herein,

it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall respond to the Complaint (Dkt. 1) on or before July 30,

2026.


SO ORDERED:


_____
Date

_____
RANDOLPH D. MOSS
United States District Judge